(100 So. 616)

**STATE v. FLANCHER.  (3 Div. 482.)**

(Court of Appeals of Alabama.  June 3, 1924.)

Criminal law ⟨⟩1134(3)—Appeal dismissed where affidavit of clerk showed questions presented became moot.

Where it appears from the affidavit of the clerk of the trial court that the questions presented on an appeal from an order or judgment became moot, the appellate court will dismiss the appeal.

Appeal from Court of Common Pleas, Montgomery County; J. Winter Thorington, Judge.

Habeas corpus proceeding. From an order or judgment granting writ, the State appeals. Appeal dismissed.

Harwell G. Davis, Atty. Gen., and Robt. G. Arrington, Asst. Sol., of Montgomery, for the State.

John A. Sankey, of Montgomery, for appellee.

SAMFORD, J. It having been made known to the court by the affidavit of Henry N. Hughes, clerk of the circuit court of Montgomery county, that since the taking of the appeal in this case an indictment has been returned into the circuit court charging the petitioner with the same crime which is made the basis of this petition, and it appearing to this court that therefore the questions here presented have become moot, the appeal in this case is dismissed.